Tom S. Hyde  
1119 Pacific Avenue, Suite 1204  
Tacoma, WA  98402  
253-472-4448

Honorable Brian D. Lynch  
Motion for Leave to Withdraw  
Hearing Date: 11/28,2018  
Response Date: 11/21/2018  
Chapter 7

UNITED STATES BANKRUPTCY COURT  
Western District of Washington

| In re:<br><br>Robert Lee Hayes<br><br>Debtor | Case No.  18-42944 |
|---|---|

NOTICE OF HEARING

**NOTICE OF WITHDRAWAL AND MOTION FOR LEAVE TO WITHDRAW**

To:  Robert Lee Hayes  
911 130th St Ct E  
Tacoma, WA  98445  
253-536-5693; rlh2722206@aol.com

All Creditors on the Creditor Mailing Matrix

Mark D. Waldron  
Bankruptcy Trustee

<u>NOTICE OF HEARING</u>

Please take notice of the following:

1. The motion below has been filed by the undersigned for leave of court to withdraw as attorney for the debtor.

2. A hearing will be held before the Honorable Brian D. Lynch, Bankruptcy Judge, Courtroom I, Tacoma Federal Courthouse, Union Station 1717 Pacific Avenue, Ste 2100, Tacoma, Wa  98402-3233.

MOTION TO WITHDRAW  
AND NOTICE OF HEARING – Page 1

*Law Offices of Tom S. Hyde*  
*1119 Pacific Avenue, Suite 1204*  
*Tacoma, WA  98402*  
*(253) 472-4448*

3. Any response to the motion must be in writing, filed with the Clerk of the United States Bankruptcy Court for the Western District of Washington, and served on the undersigned on or before the response date set out above.

4. If no response is filed within the time allowed, the court may in its discretion grant the motion prior to the hearing, without further notice.

## MOTION

The undersigned hereby withdraws as attorney in this matter for the debtor. The debtor has engaged in activity that makes continued representation of the debtor unreasonable to continue. The debtor has been accusing counsel of unlawful and injurious conduct to him regarding post filing use of unsecured credit. The undersigned here requests and moves the Court for leave to do so in accordance with Rule 2(f) of the Civil Rules. This withdrawal is based upon the facts set forth in the declaration below and shall be effective immediately upon entry of the Order of the Court granting leave to withdraw.

A copy of the proposed order is attached hereto as an exhibit.

October _26___, 2018

/s/ Tom S. Hyde
Tom S. Hyde, WSBA # 20509

## DECLARATION REGARDING WITHDRAWAL

The debtor has decided to accuse counsel of violating my oath in not allowing him to engage in utilizing the use of credit cards. Further, the debtor has threatened counsel with a Bar Complaint alleging he had no knowledge that this type of conduct would result in him not being able to utilize either scheduled outstanding obligations or unscheduled obligations. Debtor was properly advised regarding the required listing of all outstanding obligations. The debtor has been personally and professionally involved in the bankruptcy court and it rules and procedures for well over a decade with prior bankruptcies and previous adversary matters. The debtor testified under oath and penalty of perjury that he listed all of his debts and obligations. Filing in this case was at the direction of the debtor to obtain discharge of a judgment creditor incurred since his last bankruptcy filing. The debtor was fully aware and advised that the adversary debt from his previous bankruptcy was not dischargeable. The debtor was advised he had to list all of

MOTION TO WITHDRAW
AND NOTICE OF HEARING – Page 2

*Law Offices of Tom S. Hyde*
*1119 Pacific Avenue, Suite 1204*
*Tacoma, WA 98402*
*(253) 472-4448*

his creditors regardless of whether he wanted to or not. Threats of professional retribution for him not being able to use his Costco Credit Card or other credit cards that may have had no outstanding balance is where we are today. I find it necessary for the Judge in this case to personally explain to Mr. Hayes what I have been telling the debtor since day one.

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

    Signed at \_\_\_\_\_Tacoma_____, Washington, on October \_26\_\_\_, 2018.
               (City)

                                        /s/ Tom S. Hyde
                                        Tom S. Hyde, WSBA # 20509

MOTION TO WITHDRAW                       *Law Offices of Tom S. Hyde*
AND NOTICE OF HEARING – Page 3        *1119 Pacific Avenue, Suite 1204*
                                                         *Tacoma, WA 98402*
                                                         *(253) 472-4448*