Exhibit 3



# LOOKING FOR A MORE CONVENIENT DUE DATE?

Call customer service at the phone number on your statement to determine if your account is eligible and discuss available options.





ROBERT HAYES
Account Number 5218 5310 0860 8003

Visit us at www.payp:
PayPal Credit Se:
1-866-30(

| Summary of Account Activity | |
|---|---|
| Previous Balance | $0.00 |
| - Payments | $16.47 |
| + Purchases/Debits | $76.24 |
| **New Balance** | **$59.77** |
| Credit Limit | $7,200.00 |
| Available Credit | $7,140.00 |
| Cash Limit | $1,440.00 |
| Available Cash | $1,440.00 |
| Statement Closing Date | 08/10/2018 |
| Days in Billing Cycle | 31 |

| Payment Information | |
|---|---|
| New Balance | $ |
| Total Minimum Payment Due | $ |
| Payment Due Date | 09/02 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:** If you make only the mir payment each period, you will pay more in interest and I take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will e up paying a estimated tot of ... |
|---|---|---|
| Only the minimum payment | 3 months | $61.00 |

If you would like information about **credit counseling services**, call 1-877-302-8775.

---

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights Information and otr important information.

citi  COSTCO WHOLESALE
PO Box 790140
St. Louis, MO 63179-0140

Return Service Requested

1-855 378-6467
c/o POB 7001037

POB June 13, 2018
790-1037