Exhibit 4



# LAW OFFICES OF TOM S. HYDE
1119 Pacific Avenue, Suite 1204, Tacoma, WA 98402 (253) 472-4448

August 31, 2018

Robert Lee Hayes
911 130th St. Ct. E.
Tacoma, WA 98445

Dear Mr. Hayes:

I regretted the phone conversation of this a.m.

It was not how I wished to begin the day. I truthfully regret some of the words exchanged but I do not regret stating where this working relationship is and why.

Whether you are or not aware Mr. Hayes, you are very antagonistic. Just about every conversation between you or my assistant is met with words that are not kind nor meant to be civil discourse. I have attempted to make things as non-confrontational as possible in our dealings. I have attempted to keep your discourse with my longtime assistant to a minimum. This explains why every time you confronted her, I came out of the office to take care of assisting you. I don't see any need to make each and every sentence we utter to you to be met with vindictive condescension. You may not see it that way, but we do.

I am trying to make a bad situation better by offering you this simple solution. You do not need to make an appearance back in this office unless absolutely necessary. I see no need to rehash the issues of great agitation from this morning. Future needs can be met with you via email or the US Mails, thus saving you time.

I will complete your meeting of creditors. I will do all that our contract requires.

If this meets with your approval, please respond either by letter or email.

Should you have anything further to say, you have my email. If you email is about anything other than your ongoing bankruptcy, it will not be answered nor considered. The email is also convenient in that you can send us the remaining documents requested back via email or the US Mail.

I hope we can at least complete the task at hand.

Sincerely,

Tom S. Hyde