# Exhibit 5

**Robert L Hayes <rlh2722206@aol.com>**      9/3/2018 7:44 AM

# ROBERT HAYES

To wlceverett@comcast.net

---

Mr. Hyde: I am in receipt of your letter dated August 31, 2018. I completely disagree with your assessment of me as a person. All I have to say is if I was such a vindictive condescending person as you state, then I would not have been able to sustain my law practice for 22 years until my eventual disability. Keep in mind, that you are not completely without fault during this entire fiasco. If I only had a crystal ball and had known that you were going to treat your client the way you did with me by trying to place blame for your mistakes on me and then lie about it, I would not have hired you in the first place. An attorney's reputation should be of paramount importance to you as word of mouth is the best form of advertisement. I would guess you already know this. I hope I don't need to talk or ask you anything further. My only concern was that I would not provide you the necessary documents in a timely manner, and I would then be charged for it in accordance with your fee agreement. I learned after 22 years of practice not to assume anything. Lets just finish this up and get this over with. Robert Hayes


rlh2722206@aol.com