Exhibit 6

**Robert L Hayes** <rlh2722206@aol.com>  10/25/2018 8:52 AM

# Re: ROBERT hAYES

To wlceverett@comcast.net

Mr. H yde: You are not following what I am saying to you. My PayPal Extra Master Card had no balanced owed. Yet, that credit card was cancelled. You listed this as a dischargeable debt. Prior to signing my petition, I said, I am not filing bankruptcy on my revolving credit cards which I am still using. You told me that you understood this. Why would I file bankrupcty on a credit card with a zero balance. My Citi Costco credit card had only a balance of $24.18. I specifically told you the only debt I wanted to bankrupt was the attorney fee debt. You said you understood this and that that would be the case. You told me that I needed to give you all my credit card information. I have proof of that email communication. This is what I did. I never said anything about discharging those credit cards in bankrupcty court. You know this to be the case. What I signed was the list of my credit cards but I did not know you were going to have them placed in discharge mode. I am not a bankruptcy attorney. This is why I hired you, and previous to you Richard Grandvold. Richard Grandvold never discharged my Costco American Express Card. I was still able to continue using the American Express Card after Grandvold filed the chapter 7. He informed me that that was a revolving credit card that I needed to continue paying on. So I did. Two years ago, Costco decided to switch and contract with Citi Visa instead of American Express.

I did sign under penalty of perjury that I included all my debts and assets. That does not change my the revolving credit cards. You asked me to informed you of all my credit cards, zero balance or not. Robert Hayes

-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 7:50 am
Subject: Re: ROBERT hAYES

Actually you are incorrect.

The fact that I had you lost all of your debt in your bankruptcy was with direct knowledge and legal advice provided to you.

Your provided the information necessary to file your case. You also reviewed and signed your petition. You testified under penalty of perjury that you included all of your debts and assets.

You would not have been required to list any revolving credit you had a zero balance and therefore it would not have been included.

I hope this clarifies.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>

**Robert L Hayes <rlh2722206@aol.com>**   10/27/2018 5:51 AM

# Re: ROBERT hAYES

To wlceverett@comcast.net

Mr. Hyde: You should proof read your emails; your first sentence below is incoherent. You know, as well as I know, that I did not want to file bankruptcy against my Costco Visa Card and Pay Pal Extra Master Card. What would be the purpose? These were revolving credit cards which I explained to you on more than one occasion that I wanted to continue using. There was no meaningful debts on either card. Like I said, when I had been with Richard Grandvold, my American Express Costco card, at that time, was not cancelled. I am definitely aware of that and I can proof that. I came to your office showing only one debt to file bankruptcy for and that debt was for prevailing party attorney fees issued against me in Pierce County District Court. You know that as well as I. You are purposefully attempting to be dishonest and you should be ashamed of yourself. Under RPC **8.4(c) It is professional misconduct for a lawyer to engage in conduct involving dishonestly....** Robert Hayes

-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Fri, Oct 26, 2018 7:55 am
Subject: Re: ROBERT hAYES

Mr Hayes:
If you had said that you didn't intend to file on your credit cards, I would have said that's not home this works.

You on more than one occasion remanded me that you already knew everything and that I didn't need to remind you.

Further, you were determined to file because of that debt mentioned.

There is no solution to your previous creditors. The creditors you provided were properly and legally under penalty of perjury listed.

If you would like to obtain new credit, I am certain you have been receiving offers for new credit which you can take up at your own volition.

What was done at your instruction is to file a legal and proper petition. That was done. What your issue is about is post petition use of credit cards. I protected you against perjury and fraud. By properly listing obligations, you testified and signed truthfully.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/26/18 6:17 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: Re: ROBERT hAYES

Mr. Hyde: Going back and forth on this blame game is not going to help matters. You, obviously don't agree with my position and I don't obviously agree with your position. By

repeating what you have already said, does not help any resolution. My question to you is what is your suggestion to resolve this problem? You know what has happened. If your suggestion is to do nothing then because it is my belief I have been damaged by your filing of my bankruptcy petition, you leave me no choice but to take this matter up with the disciplinary counsel of the WSBA. I had no intent to bankrupt my credit cards which I was still using. I explained this to you on more than one occasion. When I proof read the petition you drafted, I even inquired and asked you that I was not filing bankruptcy against my Pay Pal or Visa Costco credit cards. You said, that the bankruptcy petition must list all my creditors, regardless. As I am not a bankruptcy attorney, I did not know the technical aspects of the bankruptcy process. That is why I hired you. You have an ethical duty under RPC 1.4(b) A lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation. Please respond. Robert Hayes


-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 9:15 am
Subject: Re: ROBERT hAYES

I hope you understand the checklist paperwork you acknowledged and signed.

You testified that all debts and assets were included. That included a 24 dollar debt which you acknowledge was included in your bankruptcy.

Regardless Mr Hayes, it's up to each credit card company to make their own decisions regarding whether to allow or not allow your continued use of a case that had no balance. That is beyond the reach of the bankruptcy.

This has nothing to do with what Mr. Grandold said over 8 years ago to you.

It again has nothing to do with what happened here.

A zero balance credit card company made their own decision based on your bankruptcy. That is up to them since they are all notified when they look at your credit report.



Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/25/18 8:58 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: Re: ROBERT hAYES

Mr. Hyde: I spoke with the supervisor whose name is Jeff of Citi Bank and he informed me specifically that the only reason my Citi Costco credit card was cancelled was due to the filing against the card by my bankruptcy petition itself and not just by the mere filing of the bankruptcy. If I would have filed bankruptcy and not list Citi as a dischargeable debt, my card would still have been active. You are welcome to call Citi Credit Card applications yourself and find out general information not necessarily related to my case where you would need my authorization.

-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 8:48 am
Subject: Re: ROBERT hAYES

Additionally Mr.Hayes, I wanted to further inform you that all credit card companies are alerted to your bankruptcy even if they weren't listed or had zero balances and make their own decision to either cut your credit down or off entirely. That is not the fault of the attorney.

Again, hope this helps to clarify for your records.


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/25/18 7:26 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: ROBERT hAYES

Mr. Tom S. Hyde: I am regretfully having to write you this email. I thought we were all done. I hope I don't have to take this matter up with the Washington State Bar Association and file a grievance against you, but I don't see much choice, unless you can some how explain what has happened. When I first came to you, I said that I only had **ONE** debt to file a chapter 7 bankruptcy. That one debt was attorney fees to the prevailing party in a lawsuit of $28,000 sum odd dollars. I am just now finding out that you filed my bankruptcy against my revolving credit card companies which are Citi Bank Visa and PayPal Extra Master Card. I attempted to use my Costco Citi Visa card and found out that the card was canceled due to a bankruptcy against Citi Bank which I only owed $24.18 on the card. These are my revolving credit cards which I need. I never stated those cards were to be placed as creditors for purposes of discharge. You had asked me to tell you all my credit cards I am using, so I complied with your request. I attempted to re-apply for another Costco Citi Visa and just recently was denied the application. I called Citi Bank and they informed me that it was not cancelled just because of a bankruptcy filing, but I wanted the charges of a lousy $24.18 to be discharged in the bankruptcy proceedings. Now, I cannot do my necessary shopping at Costco without my Costco Citi credit card which has my rewards points built up on the card. This is a horrifying situation. I hope you can bring this to some sort or resolution for me here. I don't want to take this matter up with the WSBA. Thank you for your attention in advance, Robert Hayes

**Robert L Hayes** &lt;rlh2722206@aol.com&gt;                      10/27/2018 6:01 AM

# Re: ROBERT hAYES

To wlceverett@comcast.net

---

Mr. Hyde: There is nothing for a federal judge to explain to me. I fully understand what damage you have caused me. If anything, the judge is going to sanction your conduct. So if you are forcing me to explain all of the communications issues and your failure to litigate in my best interest before a federal judge then by all means, do so. You are starting to show signs of being out of control. Robert Hayes


-----Original Message-----
From: wlceverett &lt;wlceverett@comcast.net&gt;
To: Robert L Hayes &lt;rlh2722206@aol.com&gt;
Sent: Fri, Oct 26, 2018 7:57 am
Subject: Re: ROBERT hAYES

I believe it works be best to bring this matter before a bankruptcy judge.

I will file my withdrawal and then a federal judge can explain this to you.

Tom Hyde


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes &lt;rlh2722206@aol.com&gt;
Date: 10/26/18 6:17 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: Re: ROBERT hAYES

Mr. Hyde: Going back and forth on this blame game is not going to help matters. You, obviously don't agree with my position and I don't obviously agree with your position. By repeating what you have already said, does not help any resolution. My question to you is what is your suggestion to resolve this problem? You know what has happened. If your suggestion is to do nothing then because it is my belief I have been damaged by your filing of my bankruptcy petition, you leave me no choice but to take this matter up with the disciplinary counsel of the WSBA. I had no intent to bankrupt my credit cards which I was still using. I explained this to you on more than one occasion. When I proof read the petition you drafted, I even inquired and asked you that I was not filing bankruptcy against my Pay Pal or Visa Costco credit cards. You said, that the bankruptcy petition must list all my creditors, regardless. As I am not a bankruptcy attorney, I did not know the technical aspects of the bankruptcy process. That is why I hired you. You have an ethical duty under RPC 1.4(b) A lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation. Please respond. Robert Hayes

-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 9:15 am
Subject: Re: ROBERT hAYES

I hope you understand the checklist paperwork you acknowledged and signed.

You testified that all debts and assets were included. That included a 24 dollar debt which you acknowledge was included in your bankruptcy.

Regardless Mr Hayes, it's up to each credit card company to make their own decisions regarding whether to allow or not allow your continued use of a case that had no balance. That is beyond the reach of the bankruptcy.

This has nothing to do with what Mr. Grandold said over 8 years ago to you.

It again has nothing to do with what happened here.

A zero balance credit card company made their own decision based on your bankruptcy. That is up to them since they are all notified when they look at your credit report.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/25/18 8:58 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: Re: ROBERT hAYES

Mr. Hyde: I spoke with the supervisor whose name is Jeff of Citi Bank and he informed me specifically that the only reason my Citi Costco credit card was cancelled was due to the filing against the card by my bankruptcy petition itself and not just by the mere filing of the bankruptcy. If I would have filed bankruptcy and not list Citi as a dischargeable debt, my card would still have been active. You are welcome to call Citi Credit Card applications yourself and find out general information not necessarily related to my case where you would need my authorization.

-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 8:48 am
Subject: Re: ROBERT hAYES

Additionally Mr.Hayes, I wanted to further inform you that all credit card companies are alerted to your bankruptcy even if they weren't listed or had zero balances and make their own decision to either cut your credit down or off entirely. That is not the fault of the attorney.

Again, hope this helps to clarify for your records.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/25/18 7:26 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: ROBERT hAYES

Mr. Tom S. Hyde: I am regretfully having to write you this email. I thought we were all done. I hope I don't have to take this matter up with the Washington State Bar Association and file a grievance against you, but I don't see much choice, unless you can some how explain what has happened. When I first came to you, I said that I only had **ONE** debt to file a chapter 7 bankruptcy. That one debt was attorney fees to the prevailing party in a lawsuit of $28,000 sum odd dollars. I am just now finding out that you filed my bankruptcy against my revolving credit card companies which are Citi Bank Visa and PayPal Extra Master Card. I attempted to use my Costco Citi Visa card and found out that the card was canceled due to a bankruptcy against Citi Bank which I only owed $24.18 on the card. These are my revolving credit cards which I need. I never stated those cards were to be placed as creditors for purposes of discharge. You had asked me to tell you all my credit cards I am using, so I complied with your request. I attempted to re-apply for another Costco Citi Visa and just recently was denied the application. I called Citi Bank and they informed me that it was not cancelled just because of a bankruptcy filing, but I wanted the charges of a lousy $24.18 to be discharged in the bankruptcy proceedings. Now, I cannot do my necessary shopping at Costco without my Costco Citi credit card which has my rewards points built up on the card. This is a horrifying situation. I hope you can bring this to some sort or resolution for me here. I don't want to take this matter up with the WSBA. Thank you for your attention in advance, Robert Hayes

**Robert L Hayes** <rlh2722206@aol.com>   10/27/2018 5:28 AM

## Re: ROBERT hAYES

To wlceverett@comcast.net

---

Mr. Hyde: I failed to understand why you continue to repeat what you have already said. A credit card company having **the discretion** to cancel a customer's credit card after there is a bankruptcy filed is all understandable. The problem I have is your filing to discharge two revolving credit cards would necessarily force the credit card company's hand when that was not necessary or did I want that to happen. Whether the credit card company uses their discretion is obviously up to them, but you had forced their hand by making it an automatic cancellation by placing the credit cards as dischargeable debts. In my case with Citi Bank Costco Visa Card, I have already been informed by the supervisor, Jeff that if I merely filed a bankruptcy and did not make the credit card company a discharged creditor, then my credit card would have still been active. I find myself having to continue to repeat what I have already told you. So in this case, the discretion of Citi Bank is not to necessarily cancel the customer's credit card unless the customer files a bankruptcy against the card which is the cause-in-fact and proximate cause of the credit card, **in this specific case**, being cancelled by Citi Bank. I asked you to find this out for yourself and you apparently did not take the time to do so. Under RPC **3.2: A lawyer shall make reasonable efforts to expedite litigation consistent with the interest of the client.** There is no way I wanted to bankrupt my credit cards which I was still using and with no purpose in doing so. So it is hard to see how these two revolving credit cards is somehow litigated consistent with my interest. You keep repeating that I signed and listed the credit cards as a debt. I have already explained that to you. You told me to list all my creditors. I was only doing what I was told. You never explained to me that those credit cards would be discharged in the bankruptcy proceeding. In fact, I specifically asked you, do you understand that I am not bankrupting my creditor cards. You said, you knew that and that would not be the case. I took your word for it to my detriment as you are suppose to be representing my best interest. Your communication with me was very poor throughout the attorney-client relationship which you cannot deny. Just because you have other clients who have frequently wanted there credit cards discharged with debts on their cards, does not mean that should applied in my case. When I first spoke to you on the telephone, I said this was a very simple bankruptcy with only one debt to discharge and I have very little in assets as I am on SSI and SSA. That is why I wanted to see if you would be willing to charge a lesser attorney fee. You said you would not. I went ahead with you because you were the least costly, but if I would have known you were going to cause me all these numerous problems, I definitely would have hired someone else.
Robert Hayes


-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Fri, Oct 26, 2018 7:42 am
Subject: Re: ROBERT hAYES

I did explain Mr Hayes. You are bound and determined to file a bar complaint.

I told you what was required. I also have your signature on your checklist that you understood the legality of listing all of your debts.
I also explained to you that regardless of whether a creditor is listed or not they had the right to make a decision on your credit.

There is nothing anyone can do. As I said previously all companies review your credit. If they see you filed bankruptcy they can do as they please.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/26/18 6:17 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: Re: ROBERT hAYES

Mr. Hyde: Going back and forth on this blame game is not going to help matters. You, obviously don't agree with my position and I don't obviously agree with your position. By repeating what you have already said, does not help any resolution. My question to you is what is your suggestion to resolve this problem? You know what has happened. If your suggestion is to do nothing then because it is my belief I have been damaged by your filing of my bankruptcy petition, you leave me no choice but to take this matter up with the disciplinary counsel of the WSBA. I had no intent to bankrupt my credit cards which I was still using. I explained this to you on more than one occasion. When I proof read the petition you drafted, I even inquired and asked you that I was not filing bankruptcy against my Pay Pal or Visa Costco credit cards. You said, that the bankruptcy petition must list all my creditors, regardless. As I am not a bankruptcy attorney, I did not know the technical aspects of the bankruptcy process. That is why I hired you. You have an ethical duty under RPC 1.4(b) A lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation. Please respond. Robert Hayes


-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 9:15 am
Subject: Re: ROBERT hAYES

I hope you understand the checklist paperwork you acknowledged and signed.

You testified that all debts and assets were included. That included a 24 dollar debt which you acknowledge was included in your bankruptcy.

Regardless Mr Hayes, it's up to each credit card company to make their own decisions regarding whether to allow or not allow your continued use of a case that had no balance. That is beyond the reach of the bankruptcy.

This has nothing to do with what Mr. Grandold said over 8 years ago to you.

It again has nothing to do with what happened here.

A zero balance credit card company made their own decision based on your bankruptcy. That is up to them since they are all notified when they look at your credit report.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/25/18 8:58 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: Re: ROBERT hAYES

Mr. Hyde: I spoke with the supervisor whose name is Jeff of Citi Bank and he informed me specifically that the only reason my Citi Costco credit card was cancelled was due to the filing against the card by my bankruptcy petition itself and not just by the mere filing of the bankruptcy. If I would have filed bankruptcy and not list Citi as a dischargeable debt, my card would still have been active. You are welcome to call Citi Credit Card applications yourself and find out general information not necessarily related to my case where you would need my authorization.


-----Original Message-----
From: wlceverett <wlceverett@comcast.net>
To: Robert L Hayes <rlh2722206@aol.com>
Sent: Thu, Oct 25, 2018 8:48 am
Subject: Re: ROBERT hAYES

Additionally Mr.Hayes, I wanted to further inform you that all credit card companies are alerted to your bankruptcy even if they weren't listed or had zero balances and make their own decision to either cut your credit down or off entirely. That is not the fault of the attorney.

Again, hope this helps to clarify for your records.


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Robert L Hayes <rlh2722206@aol.com>
Date: 10/25/18 7:26 AM (GMT-08:00)
To: wlceverett@comcast.net
Subject: ROBERT hAYES

Mr. Tom S. Hyde: I am regretfully having to write you this email. I thought we were all done. I hope I don't have to take this matter up with the Washington State Bar Association and file a grievance against you, but I don't see much choice, unless you can some how explain what has happened. When I first came to you, I said that I only had **ONE** debt to file a chapter 7 bankruptcy. That one debt was attorney fees to the prevailing party in a lawsuit of $28,000 sum odd dollars. I am just now finding out that you filed my bankruptcy against my revolving credit card companies which are Citi Bank Visa and PayPal Extra Master Card. I attempted to use my Costco Citi Visa card and found out that the card was canceled due to a bankruptcy against Citi Bank which I only owed $24.18 on the card. These are my revolving credit cards which I need. I never stated those cards were to be placed as creditors for purposes of discharge. You had asked me to tell you all my credit cards I am using, so I complied with your request. I attempted to re-apply for another Costco Citi Visa and just recently was denied the application. I called Citi Bank and they informed me that it was not cancelled just

because of a bankruptcy filing, but I wanted the charges of a lousy $24.18 to be discharged in the bankruptcy proceedings. Now, I cannot do my necessary shopping at Costco without my Costco Citi credit card which has my rewards points built up on the card. This is a horrifying situation. I hope you can bring this to some sort or resolution for me here. I don't want to take this matter up with the WSBA. Thank you for your attention in advance, Robert Hayes

Robert L Hayes <rlh2722206@aol.com>                            10/27/2018 7:06 AM

# ROBERT HAYES

To wlceverett@comcast.net

Mr. Tom Hyde: In accordance with our Attorney-Client fee agreement dated August 15, 2018, the only grounds you have to withdraw is if I don't pay any additional fees requested by you or I do not follow instructions given by you to me. None of those grounds exist. There is no other grounds. I will be satisfied with a full refund of $725.00 (seven hundred and twenty-five dollars) if you are going to withdraw. If you go forward with your withdrawal, I might have to take this matter up with the bar association also and maybe small claims court with additional filing fees and service or process fees as my cost of litigation for breach of bankruptcy contract. My request of you **now** is not to withdraw from the bankruptcy case you currently represent me on. Act on your own peril. Robert L. Hayes