# Exhibit 7

**Robert L Hayes <rlh2722206@aol.com>**     10/29/2018 8:51 AM

# ROBERT HAYES

To wlceverett@comcast.net

Mr. Tom Hyde: I am requesting from you, at this time, an email copy of my questionnaire which I completed which you based your drafting of my Chapter 7 bankruptcy petition. Can you send this to me by email ASAP? There is still the option to just refund my $725.00 I paid you and everything is good. Robert Hayes